FILED
OCT 2 1 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TANYA LEWIS,                          )
                                      )
                 Plaintiff,           )
                                      )      Civil Case No.  08-410-ST
        v.                            )
                                      )           O R D E R
WAL-MART STORES, INC., a Delaware     )
corporation,                          )
                                      )
                 Defendant.           )
_____)

        Eric J. Fjelstad
        Smith & Fjelstad
        722 N. Main Avenue
        Gresham, Oregon  97030

                Attorney for Plaintiff

        Richard Meneghello
        Jennifer Nelson
        Fisher & Phillips LLP
        1001 SW Fifth Avenue, Suite 1600
        Portland, Oregon  97204

                Attorneys for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on August 200, 2009. Wal-Mart filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court has, therefore, given de novo review of the rulings of Magistrate Judge Stewart.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Stewart dated August 20, 2009 in its entirety.

IT IS HEREBY ORDERED that Wal-Mart's motion for summary judgment (#36) is DENIED.

DATED this _20_ day of October, 2009.

                                    _____
                                    GARR M. KING
                                    United States District Judge

Page 2 - ORDER